# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
### BEFORE THE HONORABLE JOEL M. CARSON III

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **18 MJ 2422**     DATE: **7/27/2018**     TAPE NUMBER: **LCR-ROSWELL**

CLERK**: RACHEL TUTOR**

TYPE OF HEARING: **INITIAL PRESENTMENT – MATERIAL WITNESS**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ELICZANDRO AGUSTIN-REYES** | | ☐ | ☐ |

Interpreter:   **EDITH MONROY**
Pretrial Officer present: **PATRICK JENNINGS**
Court in Session: 3:40 p.m. **(5 MINS)**

☐   Defendant was given/read a copy of charging document

☐   Agent sworn in OPEN COURT

☒   Court questions Defendant regarding his/her physical andP mental conditions, address, DOB, education

☐   Court advises defendant(s) of possible penalties

☒   Court advises defendant(s) of all constitutional rights

☐   ORAL Motion for detention Hearing by Government

☐   Court grants Government's ☐   Defense ☐    oral motion to continue detention hearing

☐   Waiver of preliminary hearing & right to grand jury presentment filed in open court

☐   Defendant(s) in custody

☐   Defendant(s) detained without bond as:   Risk of Flight ☐   Danger pto Community ☐

☐   Conditions of Release set at:

☒   Other: **MATERIAL WITNESS ADVISED OF STATUS; MAT WITS TO BE PLACED AT THE HALFWAY HOUSE UNDER PRETRIAL SUPERVISION PENDING APPOINTMENT OF A SUITABLE THIRD PARTY CUSTODIAN.**