IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 OCT 17  PM 4:47

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| )  | |
| Plaintiff,  )  | CRIMINAL NO. 18CR3409 |
| )  | |
| vs.  )  | Count 1: 18 U.S.C. § 1203(a): Conspiracy |
| )  | to Take a Hostage; |
| MAXIMO GONZALEZ-SEBASTIAN,  )  | |
| a.k.a. Salvador Hernandez Gutierrez,  )  | Counts 2-4: 18 U.S.C. §§ 1203(a) and 2: |
| a.k.a. Salvador Hernandez,  )  | Hostage Taking; 18 U.S.C. § 2: Aiding |
| a.k.a. Everaldo Valencia-Jimenez,  )  | and Abetting. |
| a.k.a. "Shakira,"  )  | |
| CRISTIAN GARCIA-GUTIERREZ,  )  | |
| a.k.a. Juan Andres-Juan, and  )  | |
| TOMAS FELICIANO FRANCISCO-  )  | |
| PEDRO,  )  | |
| a.k.a. Tomas Humberto-Camacho,  )  | |
| )  | |
| Defendants.  )  | |

INDICTMENT

The Grand Jury charges:

Count 1

Beginning on or about July 21, 2018, and continuing to on or about July 26, 2018, in Chaves County, in the District of New Mexico, and elsewhere, the defendants, **MAXIMO GONZALEZ-SEBASTIAN**, a.k.a. Salvador Hernandez, a.k.a. "Shakira," **CRISTIAN GARCIA-GUTIERREZ,** and **TOMAS FELICIANO FRANCISCO-PEDRO,** unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain another person in order to compel a third person to do any act, specifically, to pay a sum of United States currency, as an explicit and implicit condition for the release of the person detained.

In violation of 18 U.S.C. § 1203(a).

### Count 2

Beginning on or about July 21, 2018, and continuing to on or about July 26, 2018, in Chaves County, in the District of New Mexico, and elsewhere, the defendants, **MAXIMO GONZALEZ-SEBASTIAN, a.k.a. Salvador Hernandez, a.k.a. "Shakira," CRISTIAN GARCIA-GUTIERREZ,** and **TOMAS FELICIANO FRANCISCO-PEDRO**, intentionally seized and detained, and threatened to kill, to injure, and to continue to detain another person, specifically, O.P.F., in order to compel a third person to do any act, specifically, to pay a sum of United States currency, as an explicit and implicit condition for the release of the person detained.

In violation of 18 U.S.C. §§ 1203(a) and 2.

### Count 3

Beginning on or about July 21, 2018, and continuing to on or about July 26, 2018, in Chaves County, in the District of New Mexico, and elsewhere, the defendants, **MAXIMO GONZALEZ-SEBASTIAN, a.k.a. Salvador Hernandez, a.k.a. "Shakira," CRISTIAN GARCIA-GUTIERREZ,** and **TOMAS FELICIANO FRANCISCO-PEDRO**, intentionally seized and detained, and threatened to kill, to injure, and to continue to detain another person, specifically, A.P.F., in order to compel a third person to do any act, specifically, to pay a sum of United States currency, as an explicit and implicit condition for the release of the person detained.

In violation of 18 U.S.C. §§ 1203(a) and 2.

<u>Count 4</u>

From on or about July 21, 2018, and continuing to on or about July 26, 2018, in Chaves County, in the District of New Mexico, and elsewhere, the defendants, **MAXIMO GONZALEZ-SEBASTIAN**, a.k.a. Salvador Hernandez, a.k.a. "Shakira," **CRISTIAN GARCIA-GUTIERREZ**, and **TOMAS FELICIANO FRANCISCO-PEDRO**, intentionally seized and detained, and threatened to kill, to injure, and to continue to detain another person, specifically, E.A.R., in order to compel a third person to do any act, specifically, to pay a sum of United States currency, as an explicit and implicit condition for the release of the person detained.

In violation of 18 U.S.C. §§ 1203(a) and 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

10/12/2018 3:16 PM