IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. <u>18-CR-3409 KG</u> |
| ) | |
| vs. ) | |
| ) | |
| **MAXIMO GONZALEZ-SEBASTIAN,** ) | |
| **ET AL.,** ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANT'S MOTIONS**

The United States moves this Court to allow counsel for the United States an additional five business days to respond to Defendant's Motion to Suppress Evidence and Statements (Doc. 40); Motion for Separate Trials (Doc. 41); Motion for Pretrial Hearing to Determine the Admissibility of Alleged Co-Conspirator Statements (Doc. 42); and Motion for Disclosure of Confidential Informant (Doc. 43) ("Defendant's Motions"). As grounds, the United States asserts the following:

1. Defendant's Motions were filed on Wednesday, November 14, 2018.

2. The United States' Responses are due on November 28, 2018.

3. Due to the intervening holiday, additional time is required to respond to Defendant's Motions.

4. Additionally, Defendants will be moving to declare this matter complex.

5. Counsel for Defendants do not oppose the relief requested herein.

1

**WHEREFORE** the United States respectfully requests that this Court grant the United States' motion and extend the deadline for filing its responses to Defendant's Motions for five business days, until December 5, 2018.

          Respectfully submitted,

          JOHN C. ANDERSON
          United States Attorney

          */s/    Electronically filed 11/16/18*
          LUIS A. MARTINEZ
          KRISTOPHER DALE JARVIS
          Assistant U.S. Attorneys
          200 N. Church Street
          Las Cruces, NM 88001
          (575) 522-2304 - Tel.
          (575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

**/s/    Electronically Filed 11/16/18**
LUIS A. MARTINEZ
Assistant United States Attorney