FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 1 1 2019

5:20pm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CR No. 18-3409 KG

TOMAS FELICIANO FRANCISCO-PEDRO,

    Defendant.

### ORDER GRANTING MOTION TO WITHDRAW PRETRIAL MOTIONS (DOCUMENTS 40, 41, 42 AND 43)

THIS MATTER is before the Court on Defendant's Motion to Withdraw Pretrial Motions (Documents 40, 41, 42 and 43). (Doc. 66) The Court, having reviewed Defendant's filed motion and having considered the Government's unopposed position, finds that the motion is well-taken and should be **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Suppress Evidence and Statements (Document 40), Motion for Order for Separate Trials (Document 41), Motion for Hearing Pretrial to Determine the Admissibility of Alleged Co-Conspirator Statements (Document 42), and Motion for Disclosure Confidential Informant (Document 43) are withdrawn from consideration.

UNITED STATES DISTRICT JUDGE