UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kenneth J. Gonzales**

**CASE NO.:**   CR 18-3409 KG           **DATE:**       2/14/2019

**Time in court:**   12 minutes

**TITLE:**   United States v. MAXIMO GONZALEZ-SEBASTIAN, et al.

**COURTROOM CLERK:**   Chris Eubanks     **COURT REPORTER:**   Danna Schutte Everett

( ) Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered             **INTERPRETER:**   NONE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Luis Martinez                              Cesar Pierce-Varela (for Gonzalez-Sebastian)
Kristopher Jarvis                          Ken Del Valle (for Garcia-Gutierrez) (present)
Matilda Villalobos

**TYPE OF PROCEEDING:**   Telephonic Status Conference

**EVIDENTIARY:**   No

**PROCEEDINGS:**

**11:01 a.m.   Court in Session**

Court:  Counsel enter appearances.  Defendants are not present.  Three defendant case; however, one defendant has plead.  On call of the calendar for March, inquires as to status of case for arranging docket for March.  Inquires of counsel on status.

Mr. Martinez:  Plea agreements to counsel; advised Mr. Pierce-Varela was intending to go to trial but will speak with counsel; and Mr. Del Valle's counsel may cooperate.

Court:  Ongoing negotiations.

Mr. Pierce-Varela:  Spoke with client this morning and will proceed to trial.

Mr. Del Valle:  Ongoing negotiations; will meet with client and will advise Mr. Martinez how will plea.  If not, ready to go to trial on March 18.

Court:  Intent is to check status and determine when to set matter for trial.  Inquires of length of trial.

Mr. Martinez:  5 days total, choosing jury to verdict.  Discussed motion to continue with Mr. Del Valle, reasons for continuance and no objection to a continuance.

Court:  History of case.

Mr. Del Valle:  Intended to file motion to continue; conversation with Mr. Martinez agree to date in May; Mr. Pierce-Varela could not agree to a date in May.  Trial already set in Kansas.  All will be moot if client accepts Government's offer.  Not available March 24 - 25.

Court:  Inquires of availability for trial on March 18.

Mr. Del Valle:  Yes.

Mr. Pierce-Varela:  Spoke with client, wants to proceed to trial to get this done.

Court:  Will look at the docket to schedule trial.  Busy April docket with 3 week trial scheduled.  Anything else.

Mr. Martinez:  Inquires of trial in April.

Court:  Advises of the trial set and counsel assigned.  Three weeks set aside.

Mr. Jarvis:  Advises on April trial with a case.

Court:  Helpful on this case.

**11:13 a.m.  Court in Recess**