IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CRIMINAL NO. 18-CR-3409 KG |
| vs. | ) ) ) | |
| **MAXIMO GONZALEZ-SEBASTIAN**, et al., | ) ) ) | |
| Defendant. | ) | |

## UNITED STATES' EXHIBIT LIST

The United States of America hereby submits the attached list of exhibits for the convenience of the Court and counsel, and without waiving the right to introduce different or additional exhibits, to be used during trial.

| EX. NO. | DESCRIPTION OF EXHIBIT | FED. R. EVID./ AUTHORITY |
|---|---|---|
| 1 | Mesa Inn records dated July 3, 2018 for Julieta Parra | Fed. R. Evid. 803(6) |
| 2 | Wal-Mart wire receipt to Julieta Parra | Fed. R. Evid. 803(6) |
| 3 | Rent receipt for $900.00 dated July 5, 2018 in the name of Salvador Hernandez | Fed. R. Evid. 803(6) |
| 4 | Avis rental agreement for beige Tahoe dated July 21, 2018 by Anita Valenzuela | Fed. R. Evid. 803(6) |
| 5 | Photo of beige Tahoe at Highway 70 checkpoint taken on July 21, 2018 | Fed. R. Evid. 402 |
| 6 | Mexican driver's license in the name of Salvador Hernandez-Gutierrez | Fed. R. Evid. 402 |
| 7 | Mexican driver's license in the name of Cristian Garcia-Gutierrez | Fed. R. Evid. 402 |
| 8 | Registration document for Toyota Sequoia | Fed. R. Evid. 803(6) |
| 9 | Cell phone belonging to Juan Andres-Juan, a.k.a. Cristian Garcia-Gutierrez | Fed. R. Evid. 402 |
| 10 | Cell phone extraction from the phone of Juan Andres-Juan, a.k.a. Cristian Garcia-Gutierrez | Fed. R. Evid. 402 |

| | | |
|---|---|---|
| 11 | Black Samsung flip phone belonging to Maximo Gonzalez-Sebastian | Fed. R. Evid. 402 |
| 12 | Extraction of Maximo Gonzalez-Sebastian's phone | Fed. R. Evid. 402 |
| 13 | Cellphone seized at 505 S. Cedar, Roswell, New Mexico on July 26, 2018 | Fed. R. Evid. 402 |
| 14 | Notebook from stash house at 505 S. Cedar, Roswell, New Mexico | Fed. R. Evid. 402 |
| 15 | Notebook from stash house at 505 S. Cedar, Roswell, New Mexico | Fed. R. Evid. 402 |
| 16 | Photos from 505 S. Cedar, Roswell, New Mexico | Fed. R. Evid. 402 |
| 17 | Cellphone belonging to Eliczandro Augustine-Reyes | Fed. R. Evid. 402 |
| 18 | Moneygram receipt dated July 26, 2018 for $767.02 to Tomas Humberto-Camacho | Fed. R. Evid. 803(6) |
| 19 | Mexican driver's license in the name of Tomas Humberto Camacho | Fed. R. Evid. 402 |
| 20 | Guatemalan passport in the name of Everaldo Valencia-Jimenez | Fed. R. Evid. 402 |
| 21 | Guatemalan passport in the name of Maximo Gonzalez-Sebastian | Fed. R. Evid. 402 |
| 22 | Registration document for Gold Ford from El Cajon, California | Fed. R. Evid. 803(6) |
| 23 | Photos of Gold Ford | Fed. R. Evid. 402 |
| 24 | Bank of America debit card in the name of "Maximo Gonzalez S" | Fed. R. Evid. 402 |
| 25 | Records from Bank of America | Fed. R. Evid. 803(6) |
| 26 | Wells Fargo debit card in the name of "Everaldo Valencia" | Fed. R. Evid. 402 |
| 27 | Records from Wells Fargo | Fed. R. Evid. 803(6) |
| 28 | Guatemalan ID card in the name of Maximo Gonzalez-Sebastian with California residence | Fed. R. Evid. 402 |
| 29 | Texas insurance card for 2006 Nissan Armada in the name of Salvador Hernandez Gutierrez | Fed. R. Evid. 803(6) |
| 30 | Texas title receipt for 2006 Nissan Armada in the name of Salvador Gutierrez | Fed. R. Evid. 803(6) |
| 31 | Wire transfer receipt for $6,000.00 from Elvis Escalante-Velasquez | Fed. R. Evid. 803(6) |
| 32 | Records of $4,000.00 payment, obtained from Elvis Escalante-Velasquez | Fed. R. Evid. 803(6) |
| 33 | Screen shots from cell phone belonging to Elvis Escalante-Velasquez | Fed. R. Evid. 402 |

| 34 | Laundry card from Riverside, California found in Gold Ford | Fed. R. Evid. 402 |
|---|---|---|

                              Respectfully submitted,

                              JOHN C. ANDERSON

***Electronically filed 3/1/2019***
LUIS A. MARTINEZ
RICHARD C. WILLIAMS
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.
      /s/
LUIS A. MARTINEZ
Assistant United States Attorney