


# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/25/2019 19:15 EST                                    Page 1 of 3

**CASE NUMBER**
LS15BR18LS0021

**CASE OPENED**
7/26/2018

**CURRENT CASE TITLE**
Roswell Alien Stash House

**REPORT TITLE**
Continued Threats Against Material Witness Family Members

**SYNOPSIS**

On July 25, 2018, Homeland Security Investigations (HSI) Las Cruces, New Mexico (NM) received information from HSI Albuquerque about the location of a possible illegal alien stash house in Roswell, NM. HSI Las Cruces initiated an investigation into the possible stash house based on the information received from HSI Albuquerque.

This report of investigation serves to document continued threats against victim's relatives.

**REPORTED BY**
Juan Lujan
SPECIAL AGENT

**APPROVED BY**
Araceli Gonzalez
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
12/26/2018


GOVERNMENT EXHIBIT 1

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Roswell Alien Stash House | LS15BR18LS0021-015 | 12/26/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/25/2019 19:15 EST                                                                 Page 2 of 3

## DETAILS OF INVESTIGATION

On July 26, 2018, HSI Las Cruces located an alien stash house in Roswell, New Mexico. HSI Special Agents (SAs) located thirteen (13) illegal aliens inside the residence; to include nine (9) Guatemalan nationals and four (4) Mexican nationals. HSI SAs additionally arrested three human smugglers who are Guatemalan nationals.

On December 24, 2018, one of the material witnesses in this case, contacted HSI Special Agent (SA) Juan Lujan and informed that the brother-in-law of another material witness involved in this case, continued to receive threats against him and his family in Mexico from the smuggling organization.

SA Lujan proceeded to call the brother-in-law, Elvis Escalante-Velazquez (Escalante), and inquired about the threats.

Mr. Escalante stated that he first received a text message on Friday, December 21, 2018, stating hat he needed to pay the money that he owed. Mr. Escalante stated that at first, he simply gnored the message. Mr. Escalante stated that he then received a call from telephone number 436-127-7231. Mr. Escalante stated that the caller was male subject that told him he had until Sunday, (Agent note, the date would be December 30, 2018), to pay the money that he owed. Mr. Escalante stated that he believed it could just be an unknown caller trying to scare him and defraud him of money and that he told the caller that he didn't owe anyone any money. Mr. Escalante stated that the caller then told him that if he remembered the name "Everaldo", and that he needed to pay the money that he owed. Mr. Escalante stated that he knew the name "Everaldo" belonged to the smuggler that had smuggled his brother-in-law. Mr. Escalante stated that the call terminated at that time.

Mr. Escalante stated that he then started receiving text messages from the caller at telephone number 436-127-7231 that stated the following in Spanish, which have been translated to English by SA Lujan and are not verbatim:

- I hope that you deposit the money by Sunday if not I'll make sure to make you suffer

- I am giving you a week, if not I'm going to kill your family, and more so a person that you love a lot, meaning Lupita Gonzalez. Does that name sound familiar to you?

- I am only asking to pay me may money. I hope that you recognize the nickname "El Viejon". He is my boss and you will get what you deserve if you don't pay me the money.

- I am someone that you owe a lot of money to, do you remember the nickname "Puma"?

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Roswell Alien Stash House | LS15BR18LS0021-015 | 12/26/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

US v. Francisco-Pedro, et al.    357




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/25/2019 19:15 EST                                                                                                 Page 3 of 3

- I am a heavyweight and very powerful.

End of messages.

Mr. Escalante stated that he believes that this individual is connected to "Everaldo", aka Maximo GONZALEZ-Sebastian, because the individual asked him specifically if he remembers "Everaldo" and also knew the names of family members. Mr. Escalante stated that he saved the text messages on his cellular telephone.

Mr. Escalante stated that he didn't owe anyone money. Mr. Escalante stated that he was truly worried about the safety of his family.

SA Lujan told Mr. Escalante to inform his family of the threats and to be cautious about traveling alone and to contact the authorities at their location and report the incident. Mr. Escalante stated that he would advise his family.

Agent note, the cellular telephone number, 436-127-7231, comes back to the Mexican state of Michoacán. The exact owner of the cellular number is unknown.

Agent note, the moniker "Puma" is in line with code names utilized by Maximo GONZALEZ-Sebastian in smuggling ledgers that were located at the alien stash house in Roswell, New Mexico.

No other information obtained at this time.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Roswell Alien Stash House | LS15BR18LS0021-015 | 12/26/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.