# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **18-3409 KG** | USA vs.: | **GONZALEZ-SEBASTIAN, ET AL.** | |
| Date: | **3/26/2019** | Name of Deft: | **TOMAS FELICIANO FRANCISCO-PEDRO** | |
| Before the Honorable: | | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: | **8:59-9:23 AM** | Total Time in Court (for JS10): | **24 MINUTES** | |
| Clerk: | **YVONNE CORONADO** | Court Reporter: | **DANNA SCHUTTE EVERETT** | |
| AUSA: | **LUIS MARTINEZ** | Defendant's Counsel: | **ANDRE POISSANT** | |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **EDITH MONROY** | |
| Probation Officer: | **RHIANNON WORK** | Sworn? | **X** Yes / No | |

| | | | | |
|---|---|---|---|---|
| Convicted on: | **X** Plea / Verdict | As to: | **X** Information / Indictment | |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** Accepted / Not Accepted / No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **1/8/2019** | PSR: | **X** Not Disputed / Disputed | |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed / Needed | |
| Exceptions to PSR: | **COURT VARIES; PAGE 2 CORRECTION TO DOB; PAGE 6, PARAGRAPH 39 CORRECTION TO SPELLING OF HOMETOWN AND PAGE 7, PARAGRAPH 44, EDUCATION WAS IN GUATEMALA NOT MEXICO** | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): **244 DAYS OR TIME SERVED, WHICHEVER IS LESS**

Supervised Release: **1 YEAR UNSUPERVISED RELEASE**    Probation:

| | 500-Hour Drug Program | | BOP Sex Offender Program | Other: | |
|---|---|---|---|---|---|
| **X** | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | No re-entry without legal authorization | Home confinement for ____ months ____ days | |
| | Comply with ICE laws and regulations | Community service for ____ months ____ days | |
| | Participate in/successfully complete subst abuse program/testing | Reside halfway house ____ months ____ days | |
| | Participate in/successfully complete mental health program | Register as sex offender | |
| | Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program | |
| | Submit to search of person/property | Possess no sexual material | |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | No computer with access to online services | |
| | **OTHER:** | | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | **WAIVED** ($100) as to each Count | Payment Schedule: Due Imm. / **X** Waived | |
| OTHER: | The defendant is subject to the provisions of the Justice for Victims of Trafficking Act of 2015, which requires the Court to assess an amount of $5,000 on any non-indigent person or entity convicted of an offense under 18 U.S.C. Chapters 77, 109A, 110, 117; or Section 274 of the Immigration and Nationality Act (8 U.S.C. § 1324). The Court finds the defendant is indigent and will not be required to pay the $5,000 assessment. | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | **DEFENSE COUNSEL STATES A SENTENCE 244 DAYS TO BE APPROPRIATE, IN THE ALTERNATIVE WOULD ASK FOR 12 MONTHS AND 1 DAY. GOVERNMENT RECOMMENDS 12 MONTHS AND 1 DAY, HOWEVER, DOES NOT OBJECT TO A TIME SERVED SENTENCE. GOVERNMENT MAKES ORAL MOTION TO DISMISS INDICTMENT. COURT GRANTS ORAL MOTION; COUNSEL TO FILE A MOTION AND ORDER WITH THE COURT. DEFENDANT ALLOCUTES** | | |