IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  18-CR-3409 KG |
| | ) | |
| vs. | ) | |
| | ) | |
| **TOMAS FELICIANO FRANCISCO-PEDRO**, | ) | |
| **a.k.a. Tomas Humberto-Camacho,** | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice the Indictment filed on October 17, 2018, in this matter as to Defendant **TOMAS FELICIANO FRANCISCO-PEDRO**.  As grounds, the United States provides that it is in the interest of justice.

Counsel for the defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing without prejudice the Indictment filed on October 17, 2018, as to Defendant **TOMAS FELICIANO FRANCISCO-PEDRO**.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/   Filed Electronically on 3/29/2019*
LUIS A. MARTINEZ
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

    */s/  Filed Electronically on 3/29/2019*
LUIS A. MARTINEZ
Assistant U.S. Attorney