FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 0 1 2019

MITCHELL R. ELFERS
CLERK OF COURT

11:40 Am

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    NO. 18-CR-3409-003 KG

**TOMAS FELICIANO FRANCISCO-PEDRO**,
a.k.a. **Tomas Humberto-Camacho,**

    Defendant.

## ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Indictment filed on October 17, 2018, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment filed on October 17, 2018, be and hereby is dismissed without prejudice as to Defendant **TOMAS FELICIANO FRANCISCO-PEDRO**.

_____
UNITED STATES DISTRICT JUDGE